# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 25-CV-20334-JEM

Plaintiff:
**MARK AMENT**

vs.

Defendant:
**THE SWATCH GROUP (U.S.) INC.**

For:
Daniel Barroukh
Derek Smith Law Group

Received by DLE Process Servers on the 11th day of February, 2025 at 10:46 am to be served on **The Swatch Group (U.S.) Inc. c/o Corporate Service Company, 1201 Hays Street, Tallahassee, FL 32301**.

I, Kathleen Conway, #273, do hereby affirm that on the **12th day of February, 2025** at **10:39 am, I:**

**CORPORATE - REGISTERED AGENT:** served by delivering a true copy of the **Summons in a Civil Action, Complaint and Demand For Jury Trial, Civil Cover Sheet** with the date and hour of service endorsed thereon by me, to: **Sebrena Randolph**,**S.O.P. Clerk** as authorized employee of Registered Agent for **The Swatch Group (U.S.) Inc. c/o Corporate Service Company,** at the address of: **1201 Hays Street, Tallahassee, FL 32301** and informed said person of the contents therein, in compliance with state statutes F.S. 48.091 (1) (2)

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare I have read the foregoing documents and that the facts stated therein are true. Notary not required pursuant to Florida Statute 92.525 Sec (2).

Kathleen Conway, #273
#273

**DLE Process Servers**
**936 SW 1st Avenue, #261**
**Miami, FL 33130**
**(786) 220-9705**

Our Job Serial Number: DLE-2025007365

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a



```
DELIVERED   02/12/2025 10:39 AM
SERVER
LICENSE     #273
```

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| MARK AMENT <br><br> *Plaintiff(s)* <br> v. <br> THE SWATCH GROUP (U.S.) INC. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 25-CV-20334-JEM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* THE SWATCH GROUP (U.S.) INC.
c/o Corporate Service Company
1201 Hays Street
Tallahassee, FL 32301


A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Derek Smith Law Group, PLLC
c/o Daniel J. Barroukh, Esq.
520 Brickell Key Drive, Suite O-301
Miami, Florida 33131


    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

**SUMMONS**

Date:    01/23/2025

*s/ Alisha Beasley-Martin*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 25-CV-20334-JEM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____                                   _____
                                                     *Server's signature*

                                                     _____
                                                     *Printed name and title*

                                                     _____
                                                     *Server's address*

Additional information regarding attempted service, etc: