UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:25-cv-20334-JEM

MARK AMENT,

    Plaintiff,

v.

THE SWATCH GROUPS (U.S.) INC.,

    Defendant.
_____/

## NOTICE OF ATTORNEY APPEARANCE

PLEASE TAKE NOTICE that Ena T. Diaz, Esq. of the law firm of Jackson Lewis P.C., hereby makes her appearance as counsel for Defendant, THE SWATCH GROUPS (U.S.) INC. ("Defendant"), in the above-captioned matter, and requests that all pleadings, correspondence, and other documents regarding this case be forwarded to the attention of the undersigned.

Dated: March 4, 2025        Respectfully submitted,

                                    *s/ Ena T. Diaz*
                                    Ena T. Diaz, Esq.
                                    Florida Bar No. 90999
                                    Email: *Ena.Diaz@jacksonlewis.com*
                                    Adam Schultz, Esq.
                                    Florida Bar No. 121111
                                    Email: *Adam.Schultz@jacksonlewis.com*
                                    JACKSON LEWIS P.C.
                                    1 SE 3rd Avenue, Suite 2300
                                    Miami, Florida 33131
                                    Telephone: (305) 577-7600

                                    *Counsel for Defendant*

CASE NO.: 1:25-cv-20334-JEM

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of March 2025, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

By: *s/ Ena T. Diaz*
Ena T. Diaz, Esq.

## SERVICE LIST

Daniel J. Barroukh, Esq.
Florida Bar No.: 1049271
Email: *Danielb@dereksmithlaw.com*

**DEREK SMITH LAW GROUP, LLC**
520 Brickell Key Drive, Suite O-301
Miami, Florida 33131
Telephone: (305) 946-1884

*Counsel for Plaintiff*

Ena T. Diaz, Esq.
Florida Bar No. 90999
Email: *Ena.Diaz@jacksonlewis.com*
Adam Schultz, Esq.
Florida Bar No. 121111
Email: *Adam.Schultz@jacksonlewis.com*

**JACKSON LEWIS P.C.**
1 SE 3rd Avenue, Suite 2300
Miami, Florida 33131
Telephone: (305) 577-7600

*Counsel for Defendant*