UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:25-cv-20334-JEM

MARK AMENT,

      Plaintiff,

v.

THE SWATCH GROUPS (U.S.) INC.,

      Defendant.

_____/

**NOTICE OF ATTORNEY APPEARANCE**

PLEASE TAKE NOTICE that Adam Schultz, Esq. of the law firm of Jackson Lewis P.C., hereby makes his appearance as counsel for Defendant, THE SWATCH GROUPS (U.S.) INC. ("Defendant"), in the above-captioned matter, and requests that all pleadings, correspondence, and other documents regarding this case be forwarded to the attention of the undersigned.

Dated: March 4, 2025

Respectfully submitted,

*s/ Adam Schultz*
Ena T. Diaz, Esq.
Florida Bar No. 90999
Email: *Ena.Diaz@jacksonlewis.com*
Adam Schultz, Esq.
Florida Bar No. 121111
Email: *Adam.Schultz@jacksonlewis.com*
JACKSON LEWIS P.C.
1 SE 3rd Avenue, Suite 2300
Miami, Florida 33131
Telephone: (305) 577-7600

*Counsel for Defendant*

CASE NO.: 1:25-cv-20334-JEM

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of March 2025, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

By: *s/ Adam Schultz*
Adam Schultz, Esq.

## SERVICE LIST

| | |
|---|---|
| Daniel J. Barroukh, Esq.<br>Florida Bar No.: 1049271<br>Email: *Danielb@dereksmithlaw.com*<br><br>**DEREK SMITH LAW GROUP, LLC**<br>520 Brickell Key Drive, Suite O-301<br>Miami, Florida 33131<br>Telephone: (305) 946-1884<br><br>*Counsel for Plaintiff* | Ena T. Diaz, Esq.<br>Florida Bar No. 90999<br>Email: *Ena.Diaz@jacksonlewis.com*<br>Adam Schultz, Esq.<br>Florida Bar No. 121111<br>Email: *Adam.Schultz@jacksonlewis.com*<br><br>**JACKSON LEWIS P.C.**<br>1 SE 3rd Avenue, Suite 2300<br>Miami, Florida 33131<br>Telephone: (305) 577-7600<br><br>*Counsel for Defendant* |