UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:25-cv-20334-JEM

MARK AMENT,

    Plaintiff,

v.

THE SWATCH GROUPS (U.S.) INC.,

    Defendant.
_____/

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant THE SWATCH GROUPS (U.S.) INC. (the "Defendant"), by and through the undersigned counsel, hereby moves on an unopposed basis, for an extension of time to respond to Plaintiff's Complaint, up to and including Monday April 7, 2025. In support, Defendant states as follows:

1. On January 22, 2025, Plaintiff filed a Complaint against Defendant.

2. On or around February 12, 2025, Defendant was served with a copy of the Complaint.

3. Defendant was only recently retained the undersigned counsel and Jackson Lewis, P.C. to represent it in connection with this case.

4. Undersigned counsel requires additional time in order to investigate Plaintiff's claims, communicate with Defendant, and to formulate an appropriate response to the Complaint.

5. Undersigned counsel conferred with Plaintiff's counsel on March 3, 2025 regarding the relief sought in this Motion. Counsel for Plaintiff represented on March 4, 2025 that Plaintiff does not oppose the relief requested in this Motion.

Case No. 1:25-cv-20334-JEM

6. This Motion is made in good faith and not for the purpose of delay. Moreover, no party will be prejudiced by the granting of this Motion.

7. A proposed Order granting the instant Motion is being submitted concurrently herewith.

WHEREFORE, Defendant respectfully request that the Court grant Defendant an extension of time, up to and including Monday April 7, 2025, to file their response to Plaintiff's Complaint.

## CERTIFICATE OF CONFERRAL

Pursuant to S.D. Fla. Local Rule 7.1, I hereby certify that the undersigned contacted Plaintiff's counsel, Daniel Barroukh, Esq., regarding the relief requested in this Motion. Plaintiff's counsel stated that Plaintiff does not oppose the relief sought herein.

Dated: March 4, 2025

Respectfully submitted,

*s/ Adam Schultz*
Ena T. Diaz, Esq.
Florida Bar No. 90999
Email: *Ena.Diaz@jacksonlewis.com*
Adam Schultz, Esq.
Florida Bar No. 121111
Email: *Adam.Schultz@jacksonlewis.com*
JACKSON LEWIS P.C.
1 SE 3rd Avenue, Suite 2300
Miami, Florida 33131
Telephone: (305) 577-7600

*Counsel for Defendant*

Case No. 1:25-cv-20334-JEM

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of March 2025, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

By: *s/ Adam Schultz*
Adam Schultz, Esq.

## SERVICE LIST

Daniel J. Barroukh, Esq.
Florida Bar No.: 1049271
Email: *Danielb@dereksmithlaw.com*

**DEREK SMITH LAW GROUP, LLC**
520 Brickell Key Drive, Suite O-301
Miami, Florida 33131
Telephone: (305) 946-1884

*Counsel for Plaintiff*

Ena T. Diaz, Esq.
Florida Bar No. 90999
Email: *Ena.Diaz@jacksonlewis.com*
Adam Schultz, Esq.
Florida Bar No. 121111
Email: *Adam.Schultz@jacksonlewis.com*

**JACKSON LEWIS P.C.**
1 SE 3rd Avenue, Suite 2300
Miami, Florida 33131
Telephone: (305) 577-7600

*Counsel for Defendant*