UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:25-cv-20334-JEM

MARK AMENT,

    Plaintiff,

v.

THE SWATCH GROUPS (U.S.) INC.,

    Defendant.

_____/

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR
EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

THIS CAUSE is before the Court upon Defendant THE SWATCH GROUPS (U.S.) INC.'s ("Defendant") Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint, and the Court, having reviewed the Motion, and otherwise being fully advised in the premises, hereby:

ORDERS AND ADJUDGES that Defendant's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint is GRANTED. Defendant shall have up to and including April 7, 2025, to respond to the Complaint.

DONE and ORDERED at Miami, Florida, this _____ day of _____ 2025.

                                                JOSE E. MARTINEZ
                                                UNITED STATES DISTRICT JUDGE

4928-7435-8051, v. 1