**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

MARK AMENT,

      Plaintiff,                                CASE NO.: 1:25-cv-20334-JEM

v.

THE SWATCH GROUP (U.S.) INC.,

      Defendant.

_____/

**NOTICE OF VOLUNTARY DISMISSAL**

      Plaintiff, MARK AMENT, by and through his undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby gives notice that this action is voluntarily dismissed. Defendant, THE SWATCH GROUP (U.S.) INC., has not served an answer or motion for summary judgment in this action. Accordingly, Plaintiff notices voluntary dismissal of this action without prejudice.

Dated:  Miami, Florida                     **DEREK SMITH LAW GROUP, PLLC**
             April 4, 2025,                      *Counsel for Plaintiff*

                                                    */s/ Daniel J. Barroukh*
                                                    Daniel J. Barroukh, Esq.
                                                    Florida Bar No.: 1049271
                                                    Derek Smith Law Group, PLLC
                                                    520 Brickell Key Drive, #O-301
                                                    Miami, FL 33131
                                                    Tel: (305) 946-1884
                                                    Fax: (305) 503-6741
                                                    Danielb@dereksmithlaw.com

*[Certificate of service on the following page]*

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being served on April 4, 2025, on all counsel of record on the service list via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Daniel J. Barroukh*
Daniel J. Barroukh, Esq.

## SERVICE LIST

**JACKSON LEWIS P.C.**

Ena T. Diaz, Esq.
Florida Bar Number: 90999
Ena.Diaz@jacksonlewis.com
Adam Schultz, Esq.
Florida Bar Number: 121111
Adam.Schultz@jacksonlewis.com
1 SE 3rd Avenue, Suite 2300
Miami, Florida 33131
Telephone No. (305) 577-7600

*Counsel for Defendant*