UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 25-20334-CIV-MARTINEZ

MARK AMENT,

    Plaintiff,

v.

THE SWATCH GROUP (U.S.) INC.,

    Defendant.

_____/

### FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS MATTER** came before this Court upon Plaintiff's Notice of Voluntary Dismissal without Prejudice ("Notice"), (ECF No. 9). This Court has reviewed the Notice and pertinent portions of the record and is otherwise fully advised in the premises. Accordingly, it is **ORDERED AND ADJUDGED** that this action is **DISMISSED WITHOUT PREJUDICE**, all pending motions in this case are **DENIED** as **MOOT**, and this case is **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 4 day of April, 2025.

                                                                _____
                                                                 JOSE E. MARTINEZ
                                                                 UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record